**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-02230-LTB-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

6250 REEDER MESA ROAD, WHITEWATER, COLORADO,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Claimant Alfred Topliss' Motion to Amend Answer (Doc 22 - filed April 6, 2007) is **GRANTED**. The tendered Amended Answer is accepted for filing.

Dated: April 9, 2007
_____