IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-2230-LTB-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

6250 REEDER MESA ROAD, WHITEWATER, COLORADO,

        Defendant.

_____

**FINAL ORDER OF FORFEITURE AND JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Beth Topliss by and through her attorney Leslie J. Castro, Esq.; claimant Al Topliss by and through his attorney Edward J. Nugent, Esq.; the Topliss Living Trust; and *pro se* claimants Barbara Jean and Jason Cross; Danielle and Christopher Dublinski; and Brett and Christine Grimmelbein, have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant 6250 Reeder Mesa Road, Whitewater, Colorado have been filed;

THAT upon agreement of the parties, claimants shall forfeit to the United States, $375,000.00 in readily available funds in lieu of defendant 6250 Reeder Mesa Road, Whitewater, Colorado;

THAT the United States has received $375,000.00 from claimants; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the $375,000.00 paid by claimants to the United States in lieu of forfeiture of defendant 6250 Reeder Mesa Road, Whitewater, Colorado, shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited $375,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant 6250 Reeder Mesa Road, Whitewater, Colorado.

SO ORDERED this __28th__ day of __February__, 2008.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge